RECEIVED
IN LAKE CHARLES, LA.
JAN 20 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HEATHER BERNARD | : | CIVIL ACTION NO. 2:13CV3284 |
| VS. | : | JUDGE MINALDI |
| BISHOP NOLAND EPISCOPAL DAY SCHOOL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the accompanying Opinion, it is

**ORDERED, ADJUDGED** and **DECREED** that judgment is hereby entered in favor of the defendant, Bishop Noland Episcopal Day School.

Lake Charles, Louisiana, this _15_ day of December, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE